CORYELL *v.* HOTCHKISS.

EQUITY—SPECIFIC PERFORMANCE—DECEIT.
    Equity will not decree the specific performance of a land contract in favor of one who has obtained it through deceit.

Appeal from Saginaw; Beach, J.   Submitted June 4, 1902.   (Docket No. 5.)   Decided June 27, 1902.

Bill by Mabel A. Coryell against Philo P. Hotchkiss and Georgiana Hotchkiss for the specific performance of a land contract.   From a decree for complainant, defendants appeal.   Reversed.

*C. L. Collins*, for complainant.

*Nathan S. Wood*, for defendants.

HOOKER, C. J.   The defendants have appealed from a decree requiring them to specifically perform a contract for the sale of land.   The question is one of fact, and requires no discussion.   We are satisfied that the contract was procured by complainant's brother through deceit, and that she is not equitably entitled to specific performance.   We agree, however, that the complainant acquired a valid title to the mortgage upon said premises, as against the defendants, by virtue of the assignment of the same.

The decree is reversed, and the bill is dismissed, with costs.

MOORE, GRANT, and MONTGOMERY, JJ., concurred. LONG, J., did not sit.